IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRY R. THOMPSON,

                                                                                 ORDER

                    Plaintiff,

                                                                                 13-cv-222-bbc

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have stipulated to entry of judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The stipulation will be approved.

      On remand, the administrative law judge will hold a new hearing and issue a new decision, reconsidering the medical opinions regarding the claimant's mental and physical conditions, articulating her rationale for the weight gain given to such opinions and for any medically determinable mental impairments, applying the technique described in 20 C.F.R. § 404.1520a. The administrative law judge will further reconsider the claimant's credibility and residual functional capacity and articulate the evidence she relies on in making those findings. If warranted, the administrative law judge may also obtain supplemental vocational expert testimony.

ORDER

IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The case is REMANDED to the Commissioner.

Entered this 13th day of November, 2013.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge