IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY R. THOMPSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No.  13-cv-222-bbc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, and remanding this action to defendant for further proceedings.

| s/R.Plender, Deputy Clerk | 11/13/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |