IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY R. THOMPSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 13-cv-222-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Terry Thompson against Carolyn W. Colvin awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $3,500.00.

| | |
|---|---|
| s/Peter Oppeneer | 12/11/2013 |
| Peter Oppeneer, Clerk of Court | Date |